# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**TOMASA CAMARGO-SIMENTAL,**

                Petitioner,

v.

                                         **CASE NO. 14-CR-40130-DDC-1**
                                         **CIVIL NO. 18-CV-4122-JAR-JPO**

**UNITED STATES OF AMERICA,**

                Respondent.

( )   **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

( x)   **DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Petitioner Tomasa Camargo-Simental's Motion to Vacate filed in 14-40130-DDC-1 (Doc. 67), Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 43) is hereby **dismissed**.   Petitioner is denied a Certificate of Appealability.

      **IT IS SO ORDERED**

      Dated:    March 23, 2021

                                                 **TIMOTHY M. O'BRIEN, CLERK**

                                                 _s/Bonnie Wiest_
                                               **Deputy Clerk**